IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| TIFFANY KAY LUCAS,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; LEXISNEXIS RISK SOLUTIONS INC.,<br><br>Defendants. | Case No.:  3:22-CV-130-BJB |

**DEFENDANT LEXISNEXIS RISK SOLUTIONS INC.'S NOTICE OF REMOVAL**

Defendant LexisNexis Risk Solutions Inc. ("LNRS"), by and through undersigned counsel, hereby files this Notice of Removal of this action from the Jefferson County District Court where it is now pending as Case No. 22-C-020766 (the "Civil Action") to the United States District Court for the Western District of Kentucky.  This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1441 and 1446. In support hereof, LNRS shows this Court as follows:

1.  On February 4, 2022, Plaintiff Tiffany Kay Lucas ("Plaintiff") filed her Complaint in the Civil Action.  On February 9, 2022, Plaintiff filed her First Amended Complaint.  Copies of the Civil Action docket as well as all process, pleadings and orders served on LNRS in the Civil Action are attached to this Notice of Removal as **Exhibit A**.

2.  The Summons and Complaint in the Civil Action were served on LNRS on February 10, 2022, for the original Complaint, and on February 15, 2022, for the First Amended Complaint.  Therefore, this Notice of Removal is filed within the time prescribed by 28 U.S.C. § 1446(b)(1).

124188367

3. Defendant Equifax Information Services, LLC ("Equifax") is the only other Defendant in the Civil Action and has consented to removal. Accordingly, all Defendants to the claims over which this Court has original jurisdiction under 28 U.S.C. § 1331 have joined in or consented to removal of the Civil Action.

4. Plaintiff's Complaint involves claims arising under the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* (Am. Compl. ¶ 1.) Thus, the Civil Action is one over which this Court has original jurisdiction under 28 U.S.C. § 1331, and which is removable by LNRS under the provisions of 28 U.S.C. § 1441 in that the matter arises under this Court's original jurisdiction and is founded on a claim or right arising under the Constitution, treaties, or laws of the United States and is removable without regard to citizenship or residence of the parties under 28 U.S.C. § 1441.

5. No proceedings have occurred in the Civil Action as of the date of this Notice of Removal. LNRS has not filed a response to the Complaint or the First Amended Complaint. LNRS hereby reserves any and all rights to assert any and all defenses and/or objections to the First Amended Complaint. LNRS further reserves the right to amend or supplement this Notice of Removal.

6. Venue for this case lies in the United States District Court for the Western District of Kentucky, Louisville Division, pursuant to 28 U.S.C. § 1441(a), because the Civil Action was filed within this District and Division and the case is being removed from Jefferson County, Kentucky.

7. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served this day upon Plaintiff and filed with the Clerk of the Jefferson County District Court. A copy of the notice to the state court clerk, without exhibits, is attached hereto as **Exhibit B**.

For the reasons stated above, this Civil Action is properly removed to this District Court.

Dated: March 2, 2022        TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Jonathan M. Kenney*
    Jonathan M. Kenney (KY Bar No. 95661)
    jonathan.kenney@troutman.com
    222 Central Park Avenue, Ste 2000
    Virginia Beach, Virginia 23462
    T: 757.681.7529
    F: 757.687.7510

*Attorney for Defendant LexisNexis Risk Solutions Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of March, 2022, a true and correct copy of the foregoing *Notice of Removal* was filed electronically via the Court's CM/ECF system, and was sent via U.S. Mail to the following:

James H. Lawson
Lawson at Law, PLLC
P.O. Box 1286
Shelbyville, KY 40066

Counsel for Plaintiff

/s/ Jonathan M. Kenney
Jonathan M. Kenney (KY Bar No. 95661)

*Attorney for Defendant LexisNexis Risk Solutions Inc.*

124188367